UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
                                                  :
   ERIC SCOTT VEGAS                   : Bankruptcy No.  17-13651REF
                                                  :
       Debtor(s)   : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

FOR THE COURT

**Date: January 11, 2018**

RICHARD E. FEHLING, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Karen E. Palazzo, Esq.
Zamborsky & Zamborsky
2030 Tilghman Street, Suite 200
Allentown, PA 18105

Eric Scott Vegas
1951 Oakhurst Drive
Center Valley, PA 18034