United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eric Scott Vegas  
    Debtor

Case No. 17-13651-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 2     Date Rcvd: Jan 11, 2018  
                 Form ID: pdf900     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2018.
```
db             +Eric Scott Vegas,    1951 Oakhurst Drive,    Center Valley, PA 18034-9468
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road, Ste. 300,    Southfield, MI 48034-8331
13924102       +Assoc Credit Services,    115 Flanders Rd, Ste 140,    Westborough, MA 01581-1087
13924103       +Bank of America, N.A,    7105 Corporate Drive,    Plano, TX 75024-4100
13924569       +Credit Acceptance,    25505 W.12 Mile Rd.,    Suite 3000,    Southfield, MI 48034-8331
13924105        Credit Acceptance,    PO Box 5070,    Roseville, MI 48066
13924106       +Fay Servicing, LLC,    Attn: Bankruptcy Dept,    P.O. Box 809441,    Chicago, IL 60680-9441
13924111       +Medical Data Systems, Inc,    645 Walnut St, Suite 5,    Gadsden, AL 35901-4173
14004213       +PLATINUM SELECT CITIBANK,    Williamson and Brown,LLC,    4691 Clifton Pkwy,
                 Hamburg, NY 14075-3201
13924112       +Penn Credit Corp,    916 S. 14th Street,    Harrisburg, PA 17104-3425
13924113       +Phelan, Hallinan, Diamond and Jones, LLP,    1617 JFK Blvd, Suite 1400,
                 Philadelphia, PA 19103-1814
13984627        Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14005826       +Wilmington Trust, N.A. c/o Fay Servicing, LLC,    3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: robertsl2@dnb.com Jan 12 2018 03:03:29      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Center Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2018 03:03:11      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 12 2018 03:03:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13924101         E-mail/Text: ebn@americollect.com Jan 12 2018 03:03:26      Americollect Inc,
                 1851 S Alverno Road,    Manitowoc, WI 54220
13924104        +E-mail/Text: banko@berkscredit.com Jan 12 2018 03:03:03      Berks Credit and Collections,
                 900 Corporate Dr,    Reading, PA 19605-3340
13924107        +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2018 03:04:14      Green Tree Servicing, LLC,
                 7360 S Kyrene Road,    Tempe, AZ 85283-8432
13924109        +E-mail/Text: BKRMailOPS@weltman.com Jan 12 2018 03:03:05      Kay Jewelers,    375 Ghent Rd,
                 Akron, OH 44333-4600
13924110         E-mail/Text: cslehigh@pacses.com Jan 12 2018 03:03:50      Lehigh County DRS,
                 523 Hamilton Street,    Allentown, PA 18101
13993035        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 12 2018 03:03:22      Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
13941512         E-mail/Text: bnc-quantum@quantum3group.com Jan 12 2018 03:03:06      Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13924114        +E-mail/Text: sdietz@swrecovery.com Jan 12 2018 03:03:53      Southwest Recovery Services,
                 15400 Knoll Trail Dr Ste 300,    Dallas, TX 75248-3476
                                                                                              TOTAL: 11
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Trust, National Association et al...
13924108      ##+Joseph Mann and Creed,    20600 Chagrin Blvd, Suite 5,    Beachwood, OH 44122-5340
                                                                                              TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: SaraR                  Page 2 of 2                  Date Rcvd: Jan 11, 2018
                              Form ID: pdf900              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              KAREN PALAZZO GRUBER    on behalf of Debtor Eric Scott Vegas attorneypalazzo@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    FAY SERVICING, LLC KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FAY SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
   ERIC SCOTT VEGAS : Bankruptcy No.  17-13651REF
:
   Debtor(s) : Chapter 13

**ORDER**

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

FOR THE COURT

_____
RICHARD E. FEHLING, B. J.

**Date: January 11, 2018**

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Karen E. Palazzo, Esq.
Zamborsky & Zamborsky
2030 Tilghman Street, Suite 200
Allentown, PA 18105

Eric Scott Vegas
1951 Oakhurst Drive
Center Valley, PA 18034